# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15-cr-00129-LJO/SKO-001
Oscar Javier Herrera )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Oscar Javier Herrera_, have discussed with _Francisco J. Guerrero_, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-5-15          /s/ Francisco J. Guerrero          11/05/2015
Signature of Defendant   Date              Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                       11/9/15
Signature of Assistant United States Attorney                                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                       11-6-15
Signature of Defense Counsel                                                  Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __11/10/15__.
[ ] The above modification of conditions of release is *not* ordered.

_____                                                       11/10/15
Signature of Judicial Officer                                                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services