PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
Oscar Herrera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. 1:15-cr-00129-LJO-SKO |
| Plaintiff,            ) | |
| vs.            ) | STIPULATION AND ORDER TO VACATE AND CONTINUE TRIAL SETTING |
| Oscar Herrera            ) | DATE: December 21, 2015<br>TIME: 10:00am<br>Judge: HON. Lawrence J. O'Neill |
| Defendant            ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Vincenza Rabenn, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Oscar Herrera that the Trial Setting Conference date scheduled for December 14, 2015, at 10:00 a.m., be vacated and continued to this court's calendar on December 21, 2015 at 10:00 a.m..

I am requesting:

1.) The current hearing date be vacated due to my being in a preliminary examination for a client facing a murder charge. I have included a certified minute order that states my presence is required for the preliminary examination of my client.

2.) At the time the hearing was set in the case before the court, I had set aside 4 weeks for this preliminary examination in the murder case. On August 14, 2015, Frank Carson a local attorney was arrested along with eight co-defendants. Two of the co-defendants eventually were arraigned and refused to waive time. A preliminary examination was set for October 13, 2015.

3.) Frank Carson was arraigned on October 1, 2015 and the preliminary examination was set for October 13, 2015,(along with the two co-defendants that were initially arraigned with no time waivers).

4.) The preliminary examination was initially expected to last three to four weeks. The expected time for preliminary examination is now expected to last through February 2016.

DATED: December 10, 2015        /s/ Preciliano Martinez
                                PRECILIANO MARTINEZ
                                Attorney for Defendant
                                Oscar Herrera

Dated: December 10, 2015        /s/Vincenza Rabenn
                                VINCENZA RABEEN
                                Assistant United States Attorney
                                Attorney for Plaintiff

**Granted.   No further continuances.**
IT IS SO ORDERED.

   Dated:   **December 11, 2015**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE