# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 05 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:15-CR-00129-LJO-SKO-1 |
| Oscar Javier Herrera ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Oscar Javier Herrera_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

Your travel is restricted to the Eastern District of California, the Central District of California, and the Southern District of California, unless otherwise approved in advance by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____/s/_____   3-25-16           _____/s/_____   3-25-16
Signature of Defendant   Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____/s/_____                      3/21/16
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____/s/_____                      3-16-16
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  4-5-16 .
☐ The above modification of conditions of release is *not* ordered.

_____Sheila K. Oberto_____        4-5-16
Signature of Judicial Officer                 Date
cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services