HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR JAVIER HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR JAVIER HERRERA,<br><br>　　　　　　Defendant. | Case No. 1:15-cr-00129-NONE<br><br>**ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |

   IT IS HEREBY ORDERED that defendant Oscar Javier Herrera (Fresno County Sheriff's Booking No. 2129033; Person ID 7070445) shall be released from the Fresno County Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Monday, November 8, 2021 at 7:30 a.m.  Mr. Mitchel will then transport Mr. Herrera directly to Westcare, located at 611 East Belmont in Fresno, for intake and admission into the program.  If, for any reason, Westcare does not immediately accept Mr. Herrera into the program, Mr. Mitchel will return Mr. Herrera directly to the Fresno County Jail by no later than 9:00 p.m. on November 8, 2021.

   While enrolled in the program, Mr. Herrera is ordered to participate and remain in the program until he satisfies the program's requirements or until further order of this Court.  All previously imposed terms and conditions of supervised release shall remain in full force and effect.

If Mr. Herrera voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions. The above release and transport details have been reviewed by Mr. Herrera's probation officer, Officer Laura Del Villar, and government counsel.

IT IS SO ORDERED.

Dated: 11/4/2021

HONORABLE SHEILA K. OBERTO
United States Magistrate Judge